381 A.2d 913

Redevelopment Authority of the County of Montgomery v. Hasson, et ux., Appellants.

Argued September 12, 1977. James W. Pearson, Jr., with him Arsen Kashkashian, Jr., for appellants; D. Thomas, with him Paul D. North, for appellee.

Decree affirmed.